AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00039 |
| BRIAN DULA | ) Assigned To : Harvey, G. Michael |
|  | ) Assign. Date : 1/31/2024 |
|  | ) Description: Complaint W/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   BRIAN DULA,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in the Capitol Grounds or Buildings;
40 U.S.C. § 5104 (e)(2)(G)- Parading, Demonstrating or Picketing in the Capitol Grounds or Buildings

Date:  01/31/2024

2024.01.31 13:39:56 -05'00'

*Issuing officer's signature*

City and state:   Washington, D.C.     G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 01/31/24, and the person was arrested on *(date)* 02/01/24
at *(city and state)* Lockport, IL.

Date: 02/01/24

*Arresting officer's signature*

Tim Williamson FBI Special Agent
*Printed name and title*